# EXHIBIT 4

Merryl Osdoby - June 07, 2023

1

1

2                  UNITED STATES DISTRICT COURT

3                  EASTERN DISTRICT OF NEW YORK

4                          -   -   -

5      MERRYL OSDOBY, individually and

6      on behalf of all others similarly

7      situated,

8                         Plaintiff,     Case No.

9      v.                              2:22-CV-04199-

10                                      NG-JMW

11     HANDI-FOIL CORP.,

12                        Defendant.

13                         -   -   -

14                     June 7, 2023

15                         -   -   -

16

17             Remote videotaped deposition

18     of MERRYL OSDOBY, conducted at 125 Michael

19     Drive, Syosset, New York, commencing at

20     8:00 a.m. EDT, on the above date, before

21     Marie Foley, a Registered Merit Reporter,

22     Certified Realtime Reporter and Notary

23     Public.

24                         -   -   -

25

Merryl Osdoby - June 07, 2023

15

1

2      A.     Can't remember, no.

3      Q.     How many times do you contend

4    that you purchased Handi-foil products all

5    together?

6      A.     I'd say for at least the past

7    four years.

8      Q.     How many times though?  How

9    many -- how many pans would you --

10          MR. GLICK:  Well, strike that.

11     Q.     How many Handi-foil products

12   have you purchased within the last four

13   years?

14     A.     I've purchased, like, the cake

15   baking pan, the roaster pan, this, and

16   lasagna pan.  Those are the ones I can

17   remember.

18     Q.     And how many times did you

19   purchase those products?

20     A.     I don't remember.

21     Q.     Can you ballpark it for me?

22     A.     I can ballpark it for you, but

23   it's probably not accurate.

24     Q.     Okay.

25     A.     Eight that I could think of.

Merryl Osdoby - June 07, 2023

16

1

2      Q.    Eight that you can think of?

3      A.    Mm-hm.

4      Q.    When did you begin buying

5  Handi-foil products?

6      A.    That I don't remember, but a

7  while.  For a while.

8      Q.    Can you ballpark it?

9      A.    It's really not an accurate

10  answer.

11          Since at least 2018.

12      Q.    Where did you purchase those

13  products, ma'am?

14      A.    Usually Shop Rite.

15      Q.    You say usually.

16          Where else would you have

17  purchased Handi-foil products?

18      A.    Walmart.

19      Q.    Where was the Walmart that you

20  purchased the Handi-foil products at?

21      A.    Monticello, New York.

22      Q.    Were you aware that you have

23  given sworn interrogatory responses in

24  this case?

25      A.    I'm sorry?

Merryl Osdoby - June 07, 2023

17

1

2      Q.    Were you aware that you --

3      A.    Yes.

4      Q.    -- provided sworn interrogatory

5  responses in this case, correct?

6      A.    Yes.

7      Q.    You signed your name to those?

8      A.    Yes.

9      Q.    And you swore to be truthful and

10  accurate?

11     A.    Yes.

12     Q.    Are you aware that you didn't

13  identify Walmart as a place that you

14  purchased the products?

15     A.    I don't remember.

16     Q.    We'll talk a little bit more

17  about that today.

18          When you bought Handi-foil

19  products, how did you pay for them?

20     A.    Credit card.

21     Q.    Any other method that you used

22  to purchase Handi-foil products?

23     A.    I only use credit cards, yeah.

24     Q.    You have not produced in this

25  case a single receipt from any of your

Merryl Osdoby - June 07, 2023

18

1

2    purchases of Handi-foil products; is that

3    correct?

4        A.    That's correct, yes.

5        Q.    Do you have in your possession

6    any receipts for your purchases of

7    Handi-foil products?

8        A.    Yeah, they're in the recycling

9    bin somewhere, God knows where.  I don't

10   keep papers.  I throw everything out.

11       Q.    So when you say they're in a

12   recycling bin, they're not in your home?

13       A.    No.  They're -- they -- I throw

14   them out as soon as I get them.

15       Q.    Okay.

16             And you also have not produced

17   any bank or credit card statements

18   reflecting purchases from either Shop Rite

19   or Walmart in this case, correct?

20       A.    No.

21       Q.    So the only evidence that we

22   have in this case that you purchased

23   Handi-foil products is your own word.

24             Is that fair?

25       A.    Yes.

Merryl Osdoby - June 07, 2023

19

1

2      Q.    Is it fair to say that Shop Rite

3  is your go-to grocery store?

4      A.    Yeah, that's fair.

5      Q.    How often do you shop there?

6      A.    At least once a week.

7      Q.    Are you aware that Shop Rite has

8  a shopper's discount program called the

9  Price Plus Club?

10     A.    Yeah.

11     Q.    Are you a member of that

12 program?

13     A.    Yes.

14           Excuse me.  Yes.

15     Q.    Ms. Osdoby, are you aware that

16 Handi-foil made certain requests of

17 production seeking documents and other

18 materials from you as part of this case?

19     A.    I'm sorry.  Could you repeat the

20 question?

21           MR. GLICK:  Can you read it

22      back?

23           (The requested portion of the

24      record was read back by the court

25      reporter.)

Merryl Osdoby - June 07, 2023

30

1

2    Q.    Ms. Osdoby, when did you first

3    come to believe this pan or the version of

4    the Handi-foil pans that you purchased

5    were not made in the United States?

6        A.    Well, my -- my brother and I --

7    my brother-in-law and I were talking

8    probably it was during a family event and

9    we were talking about products made in the

10   US and false advertising.  So it came up

11   because he's a history major and I'm just

12   concerned about certain things when it

13   comes to, you know, the environment, et

14   cetera, and -- and products that are made

15   here.  It just came up just like in

16   regular conversation.

17       Q.    And when was that?

18       A.    Last year some time.

19       Q.    Can you pin it down for me when

20   it was?

21       A.    I'm sorry, I can't.  I don't

22   remember.

23       Q.    And how did it come up?

24       A.    I don't remember.  We were just

25   talking about things made in the US and

Merryl Osdoby - June 07, 2023

31

1

2  how hard it is to find stuff made in the

3  US, I think.

4      Q.    Where were you at the time?

5      A.    At -- at his house.

6      Q.    Where is that?

7      A.    I mean, not his house.  I'm

8  sorry.  It was his father's house --

9  father's apartment.  Pardon me.

10     Q.    Okay.

11           And where is that?

12     A.    Westchester.

13     Q.    And at that point in time --

14 well, let's just get this on the record.

15           Mr. Kraselnik is your

16 brother-in-law, correct?

17     A.    Mm-hm.

18           MR. GLICK:  I'm handing you what

19     we will mark as Exhibit 4 --

20           THE WITNESS:  Okay.

21           MR. GLICK:  -- for the record,

22     which is a publicly available document

23     that we captured online from a

24     newspaper called the --

25           THE WITNESS:  Yes.

Merryl Osdoby - June 07, 2023

41

1

2      Q.    And one is Rob Kraselnik, your

3  brother-in-law and attorney, correct?

4      A.    Yes.

5      Q.    You're friends with

6  Mr. Kraselnik on Facebook, correct?

7      A.    Yes.

8      Q.    Who are the other people, two

9  people listed here?

10      A.    Jackie is Rob's wife and Debbie

11  is the former wife.

12      Q.    Just for the record,

13  Mr. Kraselnik's former wife?

14      A.    Mm-hm.

15      Q.    Okay.  You can set those aside.

16      A.    Okay.

17      Q.    Ms. Osdoby, you, again,

18  submitted sworn interrogatory responses in

19  this case, correct?

20      A.    Yes.

21      Q.    And you did not disclose

22  anywhere in that -- in those responses

23  that Mr. Kraselnik was your

24  brother-in-law, correct?

25      A.    I guess.  I don't remember.

Merryl Osdoby - June 07, 2023

42

1

2      Q.    You indicated that you asked

3  Mr. Kraselnik to investigate Handi-foil

4  products?

5      A.    Right.

6      Q.    But you didn't say that he was

7  your brother-in-law, right?

8      A.    Not relevant.

9            MR. KRASELNIK:  Objection to

10     form.

11  BY MR. GLICK:

12     Q.    Take me back in time to you

13  referred to a discussion earlier that you

14  had with Mr. Kraselnik your brother-in-law

15  at your father-in-law's, his father's --

16     A.    Yeah.

17     Q.    -- home about Handi-foil.

18            What -- what was your discussion

19  at the time?

20     A.    We were just talking about

21  products made in the US and whether or not

22  they really are.

23     Q.    What spurred that discussion?

24     A.    I honestly can't remember.  I --

25  I really -- I don't remember.  I'm sorry.

Merryl Osdoby - June 07, 2023

43

1

2    I -- I just can't.

3        Q.    Okay.

4             And what month was that in, if

5    you recall?

6        A.    I don't remember.

7        Q.    Well, let me ask you I believe

8    you testified earlier that it was at your

9    father-in-law's birthday.  So when is

10   that?

11       A.    I don't know whether it was his

12   birthday or we were just at his house.  It

13   might have just been at his house for --

14   'cause we had -- we go over for different

15   birthdays depending on whose it is.  So it

16   might not have been my father-in-law's

17   birthday.  It was somebody's birthday.  I

18   believe it could have been a late

19   celebration.  It could have been my

20   daughter's birthday which is in May.

21            I'm not sure, to be honest.  I'm

22   sorry.

23       Q.    So you're unable to pin down

24   what month it was --

25       A.    Right.

Merryl Osdoby - June 07, 2023

44

1

2      Q.      -- other than that you believe

3   it was some time in what year?

4      A.      Last year, 2022.

5      Q.      Now, at that point in time,

6   Mr. Kraselnik, he was your brother-in-law,

7   but he was not your lawyer, correct?

8      A.      Correct.

9      Q.      And what did he tell you about

10  Handi-foil at that point in time?

11     A.      Might have -- we might have had

12  it there in the -- I -- we just said we

13  wonder if it's really made in the US, if

14  it's true.

15     Q.      You just wondered, that was all?

16     A.      Well, it was part of our

17  conversation, talking about products made

18  in the US, and it was just either it was

19  one of the products that was -- that was

20  there or I had talked about using things

21  that said "made in the US," you know, and

22  that I had stuff at home.  Or I -- I'm

23  sorry, I don't really -- I don't remember

24  exactly.

25     Q.      How did Handi-foil come up

Merryl Osdoby - June 07, 2023

45

1

2    specifically?

3        A.    I use it.

4        Q.    Okay.

5        A.    I had it at home.

6        Q.    Who raised Handi-foil for the

7    first time in that discussion, you or

8    Mr. Kraselnik?

9        A.    I don't remember.  I'm sorry, I

10   don't remember.

11       Q.    You don't remember?

12       A.    No, I don't remember.

13       Q.    What other products did you

14   discuss during that conversation in 2022

15   that were potentially made or not made in

16   the USA?

17       A.    Well, I didn't really have the

18   knowledge.  He had more knowledge because

19   that's, you know, his forte, not mine.

20       Q.    When you say "his forte," what

21   do you mean by that?

22       A.    Well, he knows more about that

23   stuff than I do.

24       Q.    What do you mean by "that

25   stuff"?

Merryl Osdoby - June 07, 2023

46

1

2    A.    About products and -- that are

3    made and about false advertising.  You

4    know, things that are claiming they're

5    made in the US, but they aren't.

6    Q.    Mr. Kraselnik told you in that

7    discussion that Handi-foil products were

8    being falsely advertised?

9    A.    No, I don't think so.

10    Q.    What did he tell you about

11    Handi-foil products --

12    A.    I think he said --

13    Q.    -- during that discussion?

14    A.    -- let's just investigate it.

15    Q.    What other products or companies

16    did you discuss during that conversation?

17    A.    I don't remember.

18    Q.    Well, is it your testimony today

19    that you did discuss other companies, or

20    did you only discuss Handi-foil in that

21    conversation at your father-in-law's

22    house?

23    A.    I probably didn't mention

24    particular companies.  It was just a

25    general conversation about products that

Merryl Osdoby - June 07, 2023

47

1

2    are made in the US and how hard it is to

3    find them.

4        Q.    Okay.

5            Did Mr. Kraselnik raise any

6    other companies during that discussion?

7        A.    I don't remember.  I don't

8    remember.  I'm sorry, I can't remember.

9        Q.    Can't say either way?

10       A.    No.

11       Q.    But you can say with certainty

12   under oath here today that you discussed

13   Handi-foil, right, ma'am?  That's your

14   testimony?

15       A.    We discussed foils.  We

16   discussed foil pans that said "made in the

17   US," yeah.

18       Q.    And did you discuss any other

19   maker of foil pans that said "made in the

20   US"?

21       A.    I'd only had this one.  I didn't

22   have any others.

23       Q.    Did you have a Handi-foil pan at

24   this -- at this meeting at your -- at this

25   event at your father-in-law's house?

Merryl Osdoby - June 07, 2023

62

1

2      subject of faulty advertising, so it came

3      up.

4          Q.    The sentence that I just read

5      refers to the FTC's Made in the USA

6      requirements.

7                Do you see that?

8          A.    Mm-hm.

9          Q.    Do you know what the FTC stands

10     for?

11         A.    Trade -- Federal Trade

12     Commission.

13         Q.    Do you know what the Federal

14     Trade Commission, or FTC, does?

15         A.    Not particularly other than

16     works with, I guess, companies to make

17     sure their products are kosher, the best

18     way to put it.

19         Q.    What do you mean by "kosher"?

20         A.    I don't -- honestly, I'm

21     guessing.

22         Q.    You're not a lawyer, right,

23     ma'am?

24         A.    No.

25         Q.    You don't have any legal

Merryl Osdoby - June 07, 2023

63

1

2    training, correct?

3        A.    No.

4        Q.    Have you ever reviewed the FTC's

5    rules regarding the labeling of products

6    as made in the USA or made in the United

7    States?

8        A.    Maybe when I was in social

9    studies in high school.

10       Q.    Okay.

11              And that would have been the

12   '90s or the '80s?

13       A.    Yeah.

14       Q.    The 1990s or the 1980s?

15       A.    Yeah.

16       Q.    But you don't have a specific

17   recollection of having done so in the

18   last --

19       A.    No.

20       Q.    -- five years, correct?

21       A.    No, I don't have a specific

22   recollection.

23       Q.    Safe to say you also have not

24   reviewed the FTC's guidance regarding the

25   labeling of products that's made in the

Merryl Osdoby - June 07, 2023

64

1

2    United States or made in the USA?

3        A.    That's safe to say, yes.

4        Q.    You didn't review the FTC's

5    rules or guidance before you purchased

6    Handi-foil products, correct?

7        A.    No.

8        Q.    And you haven't reviewed the

9    FTC's rules or guidance since you

10   purchased the Handi-foil products,

11   correct?

12       A.    Correct.

13       Q.    Sitting here today, can you tell

14   us what the FTC's rule regarding "made in

15   the United States" labeling is?

16       A.    I believe that five percent of

17   the materials or less can be used from

18   non-U.S. sources.

19       Q.    And where does that five

20   percent, where does the knowledge of that

21   come from?

22       A.    What do you mean?  I'm sorry.

23       Q.    Where did you learn that?

24             You told me -- you testified

25   already you haven't reviewed the rule or

Merryl Osdoby - June 07, 2023

65

1

2    guidance yourself.  So how are you aware

3    of what you refer to as this five percent

4    figure?

5        A.    I think Rob and I were

6    discuss -- Rob told me, I believe.

7        Q.    When did he tell you that?

8        A.    Recently, I guess.  I don't

9    know.

10       Q.    And it's your contention in this

11   case that Handi-foil is running afoul of

12   the five percent rule, as you describe it.

13       A.    Yes.

14       Q.    Is that fair?

15       A.    Absolutely.

16       Q.    And why is that?

17       A.    Because they import their

18   aluminum.  They import the aluminum coils

19   from Asia and Europe.

20       Q.    And that's entirely based on the

21   import records that you contend you looked

22   at?

23       A.    That's correct.

24       Q.    When did Mr. Kraselnik first

25   inform you about the five percent rule?

Merryl Osdoby - June 07, 2023

68

1

2    2020, and it is another letter from

3    Mr. Kraselnik to Mr. David Sarnoff at

4    Handi-foil Corp. and it attaches an e-mail

5    chain between Mr. Kraselnik and a lawyer

6    named Michael Femal [ph] between February

7    and April of 2019.

8        A.    Okay.

9        Q.    And I will represent to you that

10   Mr. Femal was apparently Handi-foil's

11   prior counsel.

12       A.    Okay.

13       Q.    Okay?

14       A.    Yeah.

15       Q.    Before today, ma'am, were you

16   aware that Mr. Kraselnik sent this letter

17   and the attached e-mails to Handi-foil and

18   its prior counsel?

19       A.    No.

20       Q.    So, I just want to -- I just

21   want to understand this.

22            Your testimony here is that you

23   had a random conversation at a family

24   outing with Mr. Kraselnik last year in

25   which Handi-foil arose?

1

2      A.    Yeah.

3      Q.    Correct?

4            You don't recall who first

5      invoked Handi-foil during that

6      conversation, correct?

7      A.    No.

8      Q.    Okay.

9            Handi-foil comes up and

10     Mr. Kraselnik never said to you at the

11     time, Yeah, I've been talking to that

12     company for the past two years.  I think

13     their aluminum is sourced foreign.

14           He never said anything like

15     that, did he?

16           MR. KRASELNIK:  Objection; form.

17           That's not what she said.

18     BY MR. GLICK:

19     Q.    Just go ahead, ma'am.

20     A.    No, I'm sorry.  I -- every time

21     that happens, I forget the question.

22     Q.    Okay.

23           During your discussion --

24     A.    Yeah.

25     Q.    -- you allegedly had with

Merryl Osdoby - June 07, 2023

132

1

2          Do you see that?

3     A.    Correct, yes.

4     Q.    And again, is the sources of

5  that allegation the same import records

6  that you have referred to?

7     A.    Yes.

8     Q.    And just to be clear, when you

9  say "virtually all the materials

10  comprising the product are imported," what

11  materials are you referring to?

12     A.    Well, are you quoting?  I'm

13  sorry, are you quoting from here?

14     Q.    Yeah.  It says at the end:

15  Virtually all the materials comprising the

16  products are imported.

17          Do you see that?

18     A.    Yeah.

19     Q.    And my question is when you say

20  "virtually all the materials comprising

21  the product are imported," what materials

22  are you referring to?

23     A.    Aluminum.

24     Q.    Anything else?

25     A.    No.

Merryl Osdoby - June 07, 2023

197

1

2    Q.    What is your basis for

3  contending -- no, I want to keep using

4  those.

5            What is your basis for

6  contending that Handi-foil, those pans are

7  not made from a hundred percent aluminum?

8    A.    They're mining -- they're mining

9  aluminum abroad, bauxite, right, and

10  they're processing it abroad and turning

11  it into aluminum coils, and then, I mean,

12  it's an enormous amount of aluminum and

13  they're shipping it here.  So what else

14  could it be for?

15    Q.    What's the basis of that

16  description you just gave about mining

17  abroad and bauxite?

18    A.    The shipping records.  And I

19  looked up mining aluminum.  I looked it

20  up.

21    Q.    Where did you look it up, ma'am?

22    A.    On the computer.

23    Q.    Where?  What websites?

24    A.    Don't remember.

25    Q.    When did you look it up?

Merryl Osdoby - June 07, 2023

200

1

2    A.    I was curious to know the

3  process.

4    Q.    What process?

5    A.    Of how aluminum is made.

6    Q.    Okay.

7        Tell me how aluminum is made,

8  ma'am, based on your research.

9    A.    Based on my very not-in-detailed

10 research, it's mined from bauxite which is

11 a rock, and they melt it and they get

12 whatever product looks like some kind of

13 powder, I believe.

14    Q.    Do you know what the powder's

15 called?

16        Sorry to interrupt you.

17    A.    No, I don't know what the powder

18 is called.  I just look mostly at the

19 pictures because it's obviously for

20 dummies 'cause it's not very detailed.

21 And they process it somehow and transform

22 it into aluminum, into the aluminum we

23 know today and love.

24        I'm sorry about that was stupid,

25 but this kind of thing.  Aluminum.  Sheets

Merryl Osdoby - June 07, 2023

201

1

2    of aluminum.

3        Q.    Based on your research, would

4    you agree that it's a complex process?

5        A.    I guess.  It's very rudimentary

6    information that I got.  It wasn't very

7    detailed because I wouldn't have

8    understood it if it was very detailed.  So

9    I got a general idea.

10        Q.    Do you know where the steps in

11    the process that you just described take

12    place?

13        A.    You mean like in a factory or

14    something like that?

15        Q.    No.  Where geographically?

16    Where in the world?

17        A.    There's Russia, Asia, Germany, I

18    think Belgium.  I'm not sure -- Italy.  I

19    don't remember the exact places, but very

20    little is mined here.

21        Q.    Okay.

22        A.    I know that.

23        Q.    How about refined, do you know

24    where aluminum is refined, ma'am?

25        A.    I'm not really quite sure what

Merryl Osdoby - June 07, 2023

204

1

2          MR. GLICK:  Okay.  Well, I think

3      it goes to the veracity of the

4      witness's testimony and also when she

5      supposedly looked at this and anything

6      like that.

7          MR. KRASELNIK:  With respect to

8      veracity, you're suggesting she didn't

9      look up --

10          MR. GLICK:  I'm suggesting that

11      I'd like some verification that she

12      did, and I'd like to know if she

13      looked at it what she looked at and

14      what her understanding is, okay.

15  BY MR. GLICK:

16      Q.    Ma'am, certainly you did not do

17  any research on the aluminum, the process

18  to make aluminum prior to buying any

19  Handi-foil products, correct?

20      A.    No, I didn't.

21      Q.    Okay.

22          When was the first time you had

23  heard of bauxite?

24      A.    When we were talking about this

25  case.

Merryl Osdoby - June 07, 2023

205

```
1

2     Q.    Okay.

3           When was that?

4     A.    I don't know.

5     Q.    Well, when you say "talking

6   about this case," what conversation were

7   you referring to?

8     A.    Few weeks ago maybe to

9   understand what -- about the aluminum

10  coils and what they meant exactly.  I

11  wanted to understand, like, what it means

12  to manufacture aluminum and to, you know,

13  produce it in the shape that it's in.  I

14  wanted to understand that process.

15    Q.    Okay.

16          And the first time, you're

17  saying the first time that's happened was

18  in the past few weeks?

19    A.    Yeah.

20    Q.    In your --

21    A.    I think so.

22    Q.    In your discussions with

23  counsel, correct?

24    A.    In my?

25    Q.    In your discussions with
```

Merryl Osdoby - June 07, 2023

206

1

2    counsel, correct?

3        A.    This happened in -- because as a

4    result of my discussions with counsel, you

5    mean.

6        Q.    Correct.

7        A.    Right.

8        Q.    Prior to discussions with

9    counsel, were you aware of the role that

10   bauxite played in making aluminum?

11       A.    No.

12       Q.    And just so I'm clear, did your

13   search at wherever it took place about

14   bauxite and the aluminum process, did that

15   take place before or after your

16   conversation with Mr. Kraselnik and/or Mr.

17   Chang?

18       A.    Which conversation are you

19   referring to?

20       Q.    You just referred to a

21   conversation you had with counsel about

22   bauxite and aluminum manufacturing

23   process, correct?

24       A.    Well, I don't know if it was a

25   specific conversation I had with them.  It

Merryl Osdoby - June 07, 2023

220

1

2      A.    Honestly, I read everything, but

3  did not completely absorb what I read.

4      Q.    What do you recall learning

5  about Handi-foil's manufacturing process

6  from those responses?

7      A.    What do I recall about what I

8  read about their manufacturing process?

9          I don't.  I don't recall

10  anything, actually.

11          A lot of that language is, you

12  know, legalese and it's hard for me to get

13  around it.  It's kind of confusing to me,

14  so it kind of turns me off.

15          MR. KRASELNIK:  And I'll object

16      to the extent you're characterizing it

17      as manufacturing.

18          MR. GLICK:  Okay.

19  BY MR. GLICK:

20      Q.    Ma'am, what does "made" on the

21  Handi-foil pans, the word "made," what

22  does that mean to you?

23      A.    Made?

24      Q.    Yeah.

25      A.    Made --

Merryl Osdoby - June 07, 2023

239

1

2      A.    Bauxite is what aluminum --

3   where aluminum comes from.  So they, in

4   some form or other, they use bauxite.

5      Q.    Okay.

6      A.    That has been refined, I guess

7   is the right word.

8      Q.    But you're not contending that

9   Handi-foil takes bauxite and uses that to

10   make the pan that it forms, correct?

11      A.    You mean --

12            MR. KRASELNIK:  Objection; form.

13      A.    -- the bauxite from the rock

14   itself --

15      Q.    Correct.

16      A.    -- you mean?

17            No, they don't do that.

18      Q.    That has to be processed through

19   earlier steps before it becomes --

20      A.    Correct.

21      Q.    -- into a coil, correct?

22      A.    Yes.

23      Q.    Many earlier steps, correct?

24      A.    I assume so.

25      Q.    Well, based on the research that

Merryl Osdoby - June 07, 2023

252

1

2      Q.    Okay.

3            Even if the coil itself were

4   made in a facility in Huntington,

5   Tennessee?

6      A.    Made --

7            MR. KRASELNIK:  Objection to

8      form.

9      A.    -- just means pressed, or --

10   made doesn't mean made.  It means -- I

11   don't know what they do with these coils.

12   But they don't tae the aluminum, they

13   don't take it from the bauxite and do that

14   whole process.

15            MR. KRASELNIK:  Mike, can you

16      clarify if you're continuing with this

17      line of questioning, can you clarify

18      in your hypothetical what you mean by

19      "made"?

20   BY MR. GLICK:

21      Q.    If this coil was formed into a

22   coil -- well, let me ask -- let's take a

23   step back.

24            Do you have any understanding of

25   what it takes to form an aluminum coil, an

Merryl Osdoby - June 07, 2023

253

1

2    aluminum alloy coil that looks like this?

3        A.    You mean the whole process?

4        Q.    Yeah.  Explain to me everything

5    you know about that process.

6        A.    I don't.  I just know that the

7    aluminum is mined from the bauxite.  It's

8    turned into some kind of powder and from

9    that powder it becomes the aluminum coil.

10   I don't know how it's done, but -- excuse

11   me.  That's as much as I understand of the

12   process.

13       Q.    Just poof, from powder to coil.

14   That's what you know?

15       A.    No, of course not.  I just don't

16   know how.  I didn't get into much detailed

17   research because personally, I mean, I'm

18   not a science person so I don't know how

19   much of it I would understand.

20       Q.    Well, I just want to understand

21   here what your contention is in this case

22   because all along today you have told me

23   that the basis for your contention that

24   the pans are not properly advertised as

25   made in the United States --

Merryl Osdoby - June 07, 2023

255

```
1
2      A.    The aluminum --
3      Q.    Sorry.
4      A.    Sorry.
5      Q.    To make Handi-foil's pans?  What
6   specifically foreign materials are you
7   referring to?
8      A.    Aluminum.
9      Q.    Anything else?
10     A.    Not that I know of.
11     Q.    Okay.
12     A.    Aluminum.
13     Q.    And if it turns out that the
14  aluminum itself used to make the pans --
15  sorry.  Used to make the coils were
16  refined here in the United States and then
17  formed into a coil, supplied to Handi-foil
18  to shape into a pan, would you still
19  contend that that product could not be
20  properly labeled as "made in the United
21  States"?
22          MR. KRASELNIK:  Objection; form.
23     A.    If the bauxite was mined here,
24  then it's made in the United States.  But
25  it's not.
```

Merryl Osdoby - June 07, 2023

258

1

2     and answered.

3          Go ahead, Merryl.

4     A.   I'm sorry.  Every time that

5     happens I forget the question.

6          I'm sorry.  Could you say it

7     again?

8     Q.   You were not thinking about

9     where bauxite was mined when you bought

10    Handi-foil pans, correct?

11         MR. KRASELNIK:  Objection.

12    A.    In the past you mean.

13    Q.    Yes.

14    A.    No.

15    Q.    You didn't even know that

16    bauxite played any role in aluminum until

17    the past few weeks, correct?

18    A.    No.  But I know now.

19    Q.    Okay.

20         Do you know how many times the

21    word "bauxite" appears in the Complaint

22    that you authorized to be filed in this

23    case?

24    A.    No.

25    Q.    Would it surprise you that it

Merryl Osdoby - June 07, 2023

259

1
2    was zero?
3         A.    Okay.
4         Q.    Do you know why that is?
5         A.    Do I know why the word "bauxite"
6    was not used?
7         Q.    Yeah.
8         A.    I didn't -- I didn't write these
9    things.  So no, I just don't know how
10   relevant it is in the paperwork.
11              I just know what I know, that
12   aluminum is made primarily from bauxite
13   and bauxite is primarily mined overseas,
14   not here.
15        Q.    You would agree, ma'am, that you
16   never actually bought bauxite, right?
17        A.    No.
18        Q.    You never bought it at Shop Rite
19   or anywhere else, correct?
20        A.    No.
21        Q.    You would agree, ma'am, that you
22   cannot use raw bauxite to cook food,
23   correct?
24        A.    I would agree with you, yes.
25        Q.    Even if you had a big old slab

Merryl Osdoby - June 07, 2023

260

1

2    of bauxite, you couldn't use that to make

3    a lasagna or bake cookies, right?

4        A.    No.

5        Q.    You can't use bauxite to store

6    food, correct?

7        A.    Correct.

8        Q.    You can't use bauxite to carry

9    food, correct?

10       A.    Correct.

11       Q.    You wouldn't bring bauxite to

12   carry your meal to a tailgate or a holiday

13   gathering, correct?

14       A.    Correct.

15       Q.    You wouldn't -- you would have

16   to change the bauxite through numerous

17   steps in order to cook food with that end

18   product, correct?

19       A.    Yeah.

20       Q.    You would have to substantially

21   change the bauxite in order to use it to

22   cook food, correct?

23           MR. KRASELNIK:  Objection; form.

24       A.    Right.

25       Q.    Or to store food, correct?

Merryl Osdoby - June 07, 2023

261

1

2      A.    Correct.

3      Q.    Or to carry food, correct?

4      A.    Correct.

5      Q.    Let's go back to the -- and let

6   me ask you if I asked you all those same

7   questions about the white powder that you

8   believe comes out of bauxite, you'd agree

9   that you can't cook or store or carry food

10  with that white powder, correct?

11     A.    Right.

12     Q.    Can't bring white powder to a

13  tailgate or a holiday gathering with your

14  lasagna, right?

15     A.    That's correct.

16     Q.    You'd have to change the form of

17  that white powder in order to actually use

18  it, right, ma'am?

19     A.    Of course, absolutely.

20     Q.    I want to go back to Exhibit 14

21  which is the Granges coil.

22     A.    Okay.

23           I'm sorry.  Just one second.

24           MR. KRASELNIK:  Do you want to

25      take a break?

Merryl Osdoby - June 07, 2023

287

1

2      A.    From the mining of the material,

3  the transformation of whatever the rock to

4  the -- I mean, I don't know the chemistry,

5  so I can't really say.

6      Q.    So the first step, in your view,

7  is transforming the rock into that white

8  powder, right?

9      A.    Right, extracting the aluminum,

10  whatever.

11      Q.    And then that white powder needs

12  to be transformed into something else,

13  correct?

14      A.    Yeah.

15      Q.    And then that -- that something

16  else is transformed into a coil, is that

17  your testimony?

18          MR. KRASELNIK:  Objection; form.

19      A.    Could be.

20      Q.    Okay.

21      A.    I don't know exactly.

22      Q.    And then that coil is then,

23  again using your words, formed or shaped

24  into a pan, correct?

25      A.    Right.  The coil is cut into the

Merryl Osdoby - June 07, 2023

288

1

2  shape of whatever this is, the pan or

3  whatever material -- whatever product

4  they're using for -- to make the aluminum.

5      Q.    So even in that very simplified

6  example, there are five steps from the

7  bauxite mining to the pan, correct?

8      A.    There are at least five steps

9  from the bauxite mining to the pan.  Yeah,

10 but I'm not talking about -- I'm talking

11 about from when the material is mined to

12 when it's tran -- transformed into the

13 actual aluminum coil.  That's what I'm

14 talking about, not the cutting of the

15 shape.

16     Q.    Okay.

17          So, if we take the cutting shape

18 out, you'd agree there is at least, in a

19 very simplified example, at least four

20 steps from the bauxite to the coil,

21 correct?

22     A.    I believe so, yeah.

23     Q.    And I'm asking you do you know

24 how long that takes --

25     A.    No.

Merryl Osdoby - June 07, 2023

299

1

2      Q.    Just want to be clear, you have

3   not produced in this case any proof of any

4   independent research that you conducted,

5   correct?

6      A.    No, but I'm -- I know enough,

7   I'm answering your questions.  I don't

8   know how many people know what bauxite is.

9   But okay.

10          So, I'm sorry.  I apologize.

11  What's your initial question?

12     Q.    Well, first, you would agree,

13  ma'am, that most people don't know about

14  bauxite, right?

15     A.    I would assume not, right.

16     Q.    It's not --

17     A.    And I never did until I looked

18  into it.

19     Q.    It's not common knowledge for a

20  reasonable consumer --

21     A.    Right.

22     Q.    -- fair?

23     A.    Exactly.

24     Q.    A reasonable consumer in the

25  supermarket isn't thinking about bauxite,

Merryl Osdoby - June 07, 2023

300

1

2  right?

3       A.    Exactly.

4       Q.    They're thinking about where the

5  pan was formed, correct?

6       A.    I don't -- I can't --

7             MR. KRASELNIK:  Objection;

8       leading.

9       A.    Yeah, I can't say for what other

10  people are thinking.  I just, you know.

11            MR. GLICK:  I'm not sure leading

12       is a proper objection on

13       cross-examination, but we'll set that

14       aside for the moment.

15  BY MR. GLICK:

16       Q.    Do you -- your independent

17  research, you did not come across --

18       A.    The word "ingot."

19       Q.    -- reference to ingots?

20       A.    No, I did not.

21       Q.    You can't recall having done so,

22  right?

23       A.    Right.  Correct.

24       Q.    Do you know, ma'am, if you can

25  cook food with an ingot?

Merryl Osdoby - June 07, 2023

356

1

2  don't care about the plastic.  It's not

3  touching my food.

4       Q.    Okay.  You can set that aside.

5             Thus far in the deposition,

6  ma'am, we have been talking about

7  Handi-foil pans and containers, correct?

8       A.    Yes.

9       Q.    And those are the Handi-foil

10 products that you allege that you

11 purchased, right, ma'am?

12      A.    These on the floor, are you

13 asking?

14      Q.    Well, not those on the floor

15 specifically, but you purchased Handi-foil

16 pans and containers, right?

17      A.    Right.  Not necessarily those,

18 but stuff like that.

19      Q.    Those are the only products that

20 you purchased from Handi-foil, correct?

21      A.    That I know of.

22      Q.    Pans and container?

23      A.    That I know of, yes.

24      Q.    You do not allege in this case

25 either your complaint, your amended

Merryl Osdoby - June 07, 2023

357

1

2    complaint or any of your interrogatory

3    responses that you purchased Handi-foil's

4    aluminum foil roll or aluminum wrap,

5    right?

6        A.    I don't think so 'cause I don't

7    think I've ever seen it.

8        Q.    Okay.

9              You have not purchased

10   Handi-foil's aluminum foil roll or wrap,

11   correct?

12       A.    That I know of, no.

13             MR. KRASELNIK:  Mike, can I just

14        jump in and ask about if we're going

15        to take a lunch break or what you

16        intend to do?  Just because she's

17        probably, you know, getting hungry.

18             MR. GLICK:  Why don't we go off

19        the record?

20             THE VIDEOGRAPHER:  We are off

21        the record.

22             The time is 12:59 p.m., June

23        7th, 2023.

24             (Luncheon recess taken.)

25                        -  -  -

Merryl Osdoby - June 07, 2023

370

1

2    past too.

3        Q.    Well, when?

4        A.    But the last time I looked at it

5    was a few weeks ago, so.

6        Q.    When did you look at it in the

7    past?

8        A.    I shouldn't say a few weeks ago.

9    I should say -- I'm sorry.  I'm sorry.

10       Q.    When did you look at it in the

11   past?

12       A.    I don't remember.

13       Q.    Do you recall ever looking at

14   it -- well, you don't recall when you

15   looked at it in the past?

16       A.    Not like the first time, but I

17   looked at it recently.

18       Q.    Okay.

19             Well, when was the first time

20   you can ever recall looking at the

21   Handi-foil website?

22       A.    I don't remember.

23       Q.    Do you remember what year?

24       A.    No.

25       Q.    Was it after your conversation

Merryl Osdoby - June 07, 2023

371

1

2   with Mr. Kraselnik at his

3   father-in-law's -- his father's house --

4   father-in-law's -- father's house, your

5   father-in-law's house last year?

6       A.    Most likely.

7       Q.    You would agree with me, ma'am,

8   that a consumer does not need to go look

9   at Handi-foil's website before they

10  purchase one of their foil pan or

11  container products, correct?

12      A.    Unless they have an agenda, yes,

13  I agree with you.

14      Q.    So the answer to my question is

15  no, they don't have to look at the

16  website?

17      A.    Don't have to, no.

18      Q.    Okay.

19            You can't recall ever looking at

20  the website prior to purchasing Handi-foil

21  products, correct?

22      A.    I can't recall, I'm sorry.

23      Q.    Have you ever attempted to buy

24  Handi-foil aluminum foil online?

25      A.    I don't usually buy that sort of

Merryl Osdoby - June 07, 2023

382

1

2    can't help it.

3        Q.    Have Handi-foil products ever

4    been --

5            MR. GLICK:  Strike that.

6        Q.    Have Handi-foil products ever

7    not been reliable for you?

8        A.    Did they serve the purpose?

9    They served a purpose, yeah.

10        Q.    Have the Handi-foil --

11            MR. GLICK:  Strike that.

12        Q.    Have you ever had an experience

13    where the Handi-foil products that you

14    purchased were not of, quote, good

15    quality, as you just testified?

16        A.    No.

17        Q.    They always served the purpose

18    that you needed, correct?

19        A.    Yeah.

20        Q.    They never broke on you,

21    correct?

22        A.    No.

23        Q.    You were always able to use them

24    to prepare or store or carry food without

25    incident, correct?

Merryl Osdoby - June 07, 2023

383

1

2       A.    Right.

3       Q.    So, how do you evaluate whether

4   or not a product that you're going to buy

5   is American-made?

6       A.    How do I evaluate it?  It would

7   say it on the label.

8             Is that what -- is that what you

9   mean?

10      Q.    Okay.

11            Well, it says in your

12  interrogatory response that, quote, when

13  given the opportunity, you prefer to buy

14  American-made products, correct?

15      A.    Right.

16      Q.    First let's just go back to the

17  car example.

18            You would agree that you had an

19  opportunity to buy automobiles that were

20  manufactured in the United States,

21  correct?

22      A.    Have I had the opportunity?  I

23  haven't had the interest.

24      Q.    Okay.

25            Well, when you went to -- when