UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MERRYL OSDOBY, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>HANDI-FOIL CORP.,<br><br>    Defendant. | Case No. 2:22-cv-04199-NG-JMW<br><br>**ECF Case** |

### MARCH 21, 2024 REPLY DECLARATION OF MERRYL OSDOBY IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION

I, Merryl Osdoby, hereby declare as follows:

1. I am the plaintiff in this matter.

2. I am familiar with the underlying legal claims asserted in this case and I have stayed informed regarding its status.

3. I have pursued and will continue to pursue this action vigorously on behalf of the Class.

4. I rarely use my ShopRite Price Plus account because it provides discounts only on particular, random items. If I do not want those items there is no need to use the account. In my view, there are no reward benefits to using the account if I do not want the specific items offered.

5. I am aware that any monetary recovery that I may receive in this case, including any incentive award, must be approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at Syosset, New York, on March 21, 2024

By: _____
Merryl Osdoby