# Law Offices of Robert L. Kraselnik, PLLC

261 Westchester Avenue
Tuckahoe, NY 10707
Tel: 646-342-2019

---

robert@kraselnik.com                                               allan@kraselnik.com

March 14, 2025

**VIA ECF**
Hon. Nina Gershon, U.S.D.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    *Osdoby v. Handi-Foil Corp., No. 2:22-cv-04199-NG-JMW (E.D.N.Y.)*

Dear Judge Gershon:

    Plaintiff Merryl Osdoby ("Plaintiff") respectfully moves for leave to file a sur-reply letter in response to Defendant Handi-Foil Corp.'s ("Handi-Foil's") Reply Regarding its Notice of Supplemental Authority (ECF No. 104).

    Plaintiff's proposed sur-reply letter seeks to correct a significant mischaracterization made by Handi-Foil for the first time in its reply along with corresponding incorrect legal arguments also raised by Handi-Foil for the first time. The Court would benefit from the sur-reply letter because it will clarify the issues in dispute and allow the Court to rule on an accurate record. "Motions for leave to file sur-reply information [] are subject to the sound discretion of the court," and are often granted where, as here, a party seeks to address new arguments raised in a reply. *See, e.g., Barbour v. Colvin*, 993 F. Supp. 2d 284, 288 (E.D.N.Y. 2014) (internal quotation marks and citation omitted); *see also Stepski v. M/V/ Norasia Alya*, 2010 WL 11526765, at *1 (S.D.N.Y. Mar 3, 2010).

    The proposed sur-reply is attached hereto as **Exhibit A.**

                                             Respectfully submitted,

                                             /s/ Robert L. Kraselnik
                                             Robert L. Kraselnik
                                             *Counsel for Plaintiff and the Proposed Class*

cc:    All counsel via ECF